COMPLAINT UNDER 42 USC §1983, CIVIL RIGHTS ACT-TDCJ-ID (Rev. 7/97)

IN THE UNITED STATES DISTRICT COURT
FOR THE __Southern__ DISTRICT OF TEXAS
__Houston__ DIVISION

__Rodolfo Barrera Jr. #750024__
Plaintiff's name and ID Number

__T.L. Roach Jr. Unit__
Place of Confinement

CASE NO. __C 00 054__
(Clerk will assign the number)

United States District Court
Southern District of Texas
FILED

FEB 10 2000

MICHAEL N. MILBY CLERK

v.

__Dr. Kimball, Garza West Unit, Beeville, Tx.__
Defendant's name and address

__Dr. Hash, Garza West Unit, Beeville, Tx.__
Defendant's name and address

__Dr. John Doe, John Sealy Hospital, Galveston, Tx.__
Defendant's name and address
( DO NOT USE "ET AL.")

I. **PREVIOUS LAWSUITS:**

A. Have you filed *any* other lawsuits in state or federal court relating to your imprisonment?     ___YES  _X_ NO

B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

   1. Approximate date of filing lawsuit:_____

   2. Parties to previous lawsuit:
      Plaintiff(s)_____
      Defendant(s)_____

   3. Court (If federal, name the district; if state, name the county)_____

   4. Docket Number:_____

   5. Name of judge to whom case was assigned:_____

   6. Disposition: (Was the case dismissed, appealed, still pending?)
      _____

   7. Approximate date of disposition:_____

ATC1983 (Rev. 04/98)                    2

II. PLACE OF PRESENT CONFINEMENT: T. L. Roach Jr. Unit

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted both steps of the grievance procedure in this institution? ___YES  X NO

Attach a copy of the Step 2 grievance with the response supplied by the prison system.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Rodolfo Barrera Jr. Unit. Route 2 Box 500, Childress, Tx. 79201

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Dr. Kimball, Unit Doctor, GARZA WEST UNIT BEEVILLE, Tx. 78102-9429
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Denied Plaintiff medical treatment by delay surgery, without no reas..

Defendant #2: Dr. Hash, Unit Doctor, GARZA West Unit, Peeville, Tx. 78102-9420
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Denied Plaintiff medical treatment by delay surgery, without no reason.

Defendant #3: Dr. John Doe, Surgery Doctor, John Sealy Hospital, Galveston, Tx.
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Used his finger as a surgery tool without a glove to reopen the wound.

Defendant #4: ___
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: ___
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

ATC1983 (Rev.04/98)      3

From June of 1996 to the date that I went to have surgery, I was examined by Dr. Kimball, Dr. Hash, and Dr. Montoya. At the Garza West Unit for a hernia. Dr. Kimball and Dr. Hash had seen my hernia grow from the size of an orange to the size of a basketball before being admitted into the Hospital for surgery, on or about the 29th day of August 1997. A short time after the surgery, Dr. Montoya examined my incission and noticed that the area was swollen and appeared infected. Dr. Montoya made two (2) phone call, one (1) to John Sealy Hospital and the other to Huntsville, TX. Dr. Montoya pressed (See Attached)

VI. **RELIEF:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want to be treated and left without no problems.

VII. **BACKGROUND INFORMATION:**

A. State, in complete form, all names you have ever used or been known by including any and all aliases:
NONE

B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if known to you.
TDCJ-ID # 00750024, NO other

VIII. **SANCTIONS:**

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?   ___YES  X NO

B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): _____
2. Case Number: _____
3. Approximate date sanctions were imposed: _____
4. Have the sanctions been lifted or otherwise satisfied? ___YES ___NO

C. Has any court ever warned or notified you that sanctions could be imposed? ___YES  X NO

D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer

ATC1983 (Rev. 04/98)     4

Continue... page 4.

around the wound and green-yellowish puss emmitted from my wound. She continued to mash around the wound and the same discharge of puss continued. Before she stepped out in the hallway to use the phone, she stated that I needed to be hospitalized because my wound did not look good. When I arrived at the John Sealy Hospital, I was taken up to see the Doctor (John Doe), whereupon I asked the Doctor (John Doe) if he was going to use some type of anesthetic solution to put me to sleep, which he nodded his head and said, "it will be real painless" and proceeded to insert his fingers into the area and began to tear open the wound.

It hurt tremendously and blood squirted out. Upto date I continue to experience lots of unwanted pain and discomfort.

the same questions.)

1. Court that imposed warning (if federal, give the district and division): _____

2. Case Number: _____

3. Approximate date warnings were imposed: _____

Executed on: _____
            DATE

*Rodolfo Barrera Jr*
*Rodolfo Barrera Jr*
(Signature of plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.

2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire $150 filing fee and costs assessed by the Court, which shall be deducted in accordance with the law from my inmate account by my custodian until the filing fee is paid.

Signed this __29__ day of __January__, __2000__
         (Day)              (month)         (year)

*Rodolfo Barrera Jr*
*Rodolfo Barrera Jr*
(Signature of plaintiff)

**WARNING:** The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limited to monetary sanctions and/or the dismissal of this action with prejudice.

5