# IN THE UNITED STATES DISTRICT COURT
## FOR THE _Southern_ DISTRICT OF TEXAS
### _Houston_ DIVISION

_Rodolfo Barrera Jr._
Plaintiff's name and ID Number

_T.L. ROACH JR._
Place of Confinement

v.

_Dr. Kimball, Garza West Unit, Beeville, Tx._
Defendant's name and address

United States District Court
Southern District of Texas
FILED

**FEB 1 0 2000**

MICHAEL N. MILBY CLERK

CASE NO. **C 00 054**
(Clerk will assign the number)

## APPLICATION TO PROCEED
## IN FORMA PAUPERIS

I, _Rodolfo Barrera Jr._, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1.  Have you received, within the last 12 months, any money from any of the following sources?

    a. Business, profession or from self-employment    Yes☐ No☒
    b. Rent payments, interest or dividends?            Yes☐ No☒
    c. Pensions, annuities or life insurance payments?  Yes☐ No☒
    d. Gifts or inheritances?                           Yes☐ No☒
    e. Family or friends?                               Yes☐ No☒
    f. Any other sources?                               Yes☐ No☒

    If you answered YES to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

    _____

    _____

2.  Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
    Yes☐          No☒
    If you answered YES, state the total value of the items owned.

    _____

    _____

3.- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

Yes ☐          No ☑

If you answered YES, describe the property and state its approximate value.

_____

_____

I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).

Signed this the ___29___ day of __January___, 19 2000

_Rodolfo Barrera Jr_
Signature of Plaintiff          ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT.   YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

Revised 6/97

```
CSINIB02/CINIB02     TEXAS DEPARTMENT OF CRIMINAL JUSTICE        01/29/00
RA31/MSP6051              IN-FORMA-PAUPERIS DATA                 07:40:58
TDCJ#: 00750024 SID#: 04425615 LOCATION: ROACH        INDIGENT DTE: 00/00/00
NAME: BARRERA,RODOLFO JR              BEGINNING PERIOD: 07/01/99
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:      22.20 TOT HOLD AMT:       0.00 3MTH TOT DEP:       0.00
6MTH DEP:          3.36 6MTH AVG BAL:       0.22 6MTH AVG DEP:       0.56
MONTH HIGHEST BALANCE TOTAL DEPOSITS    MONTH HIGHEST BALANCE TOTAL DEPOSITS
12/99       0.00            0.00        09/99       0.00            0.00
11/99       0.00            0.00        08/99       0.00            0.00
10/99       0.00            0.00        07/99       3.72            3.36
PROCESS DATE    HOLD AMOUNT     HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF *Childress*
ON THIS THE **29** DAY OF *January*, **00**, I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____



Michael Sparks
NOTARY PUBLIC
STATE OF TEXAS
My Commission Expires 01-11-2003