# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS

### CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

**FEB 1 0 2000**

NOTICE OF EXCLUSION

MICHAEL N. MILBY CLERK

CIVIL ACTION NO **C 00 054**

The following types of cases are not scheduled for initial pretrial conference under Fed.R.Civ.P. 16: (a) prisoner civil rights; (b) state and federal habeas corpus; (c) student and veteran loan; (d) social security appeals; (e) bankruptcy appeals; and (f) forfeiture of seized assets. Local Rule 8. Further, these types of cases are excluded from the accelerated discovery procedures under Fed.R.Civ.P. 26.

This case falls within the excluded category.

*Order of the Court*