IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
MAR 0 1 2000
Michael N. Milby, Clerk of Court

| | |
|---|---|
| RODOLFO BARRERA, JR. | § |
| | § |
| V. | § C.A. NO. C-00-54 |
| | § |
| DR. KIMBALL, ET AL. | § |

## ORDER OF REFERENCE TO MAGISTRATE JUDGE

This case is referred to United States Magistrate Judge B. Janice Ellington, who shall manage and prepare this case for trial. Magistrate Judge Ellington shall exercise all authority granted to her under 28 U.S.C. § 636 including, without limitation, resolution of discovery disputes and other pretrial disputes between the parties. On case or party dispositive motions where decision of the district judge is necessary, the magistrate judge shall make recommendations to the district judge promptly.

ORDERED this ___29___ day of ___Feb___, 2000.

_____
H. W. HEAD, JR.
UNITED STATES DISTRICT JUDGE