IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

RODOLFO BARRERA, JR. §
§
V. § C.A. NO. C-00-54
§
DR. KIMBALL, ET AL. §

## MOTION FOR VOLUNTARY DISMISSAL

I, _Rodolfo Barrera Jr_ plaintiff, seek voluntary dismissal under Rule 41(a), Fed. R. Civ. P. because I do not want to pay the filing fee in this case.

_Rodolfo Barrera Jr_
Plaintiff

_3/30/00_
Date