IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
APR 20 2000
Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| RODOLFO BARRERA, JR. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. C-00-54 |
| | § | |
| DR. KIMBALL, ET AL. | § | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL

Plaintiff's motion for voluntary dismissal (D.E. 14) is **GRANTED**.

ORDERED this _18_ day of _April_, 2000.

_____
HAYDEN W. HEAD, JR.
UNITED STATES DISTRICT JUDGE