IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 2 0 2000

Michael N. Milby, Clerk of Court

| | |
|---|---|
| RODOLFO BARRERA, JR. | § |
| | § |
| V. | § CIVIL ACTION NO. C-00-54 |
| | § |
| DR. KIMBALL, ET AL. | § |

## FINAL JUDGMENT

A final judgment of dismissal of all claims against all defendants is entered.

ORDERED this ___18___ day of ___April___, 2000.

_____
HAYDEN W. HEAD, JR.
UNITED STATES DISTRICT JUDGE