IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

MAY - 8 2000

MICHAEL N. MILBY CLERK

| | |
|---|---|
| RODOLFO BARRARA, § | |
| Plaintiff, § | |
| § | |
| v. § | C.A. NO. 00-54 |
| § | |
| DR. KIMBALL, ET AL., § | |
| Defendants. § | |

### AMICUS CURIAE ADVISORY TO THE COURT REGARDING DEFENDANTS DRS. KIMBALL, HASH, AND JOHN DOE

TO THE HONORABLE JUDGE OF THE DISTRICT COURT:

COMES NOW the Office of the Attorney General as *amicus curiae* and files this Advisory to the Court regarding Drs. Kimball, Hash, and John Doe. In support thereof, the undersigned Assistant Attorney General respectfully offers the following:

In an Order entered November March 3, 2000, this Court ordered Defendants to answer or otherwise plead in response to Plaintiff's Original Complaint by serving same on the First Assistant Attorney General for the State of Texas. Undersigned counsel has determined that Drs. Kimball and Ash have never been employees of the Texas Department of Criminal Justice, Institutional Division (TDCJ-ID) nor the University of Texas Medical Branch (UTMB). After a diligent search for the Defendants, the Attorney General has located one defendant, Dr. Ash (Dr. Hash in Plaintiff's complaint). Dr. Ash's last known address is being provided to the Court under seal as Attachment A.

17.

After consulting with the personnel office of UTMB, undersigned counsel is unable to locate, and therefore does not have the authority to represent, Defendant Dr. Kimball. TEX. CIV. & PRAC. & REM. CODE §104.001. Neither UTMB nor TDCJ-ID personnel records indicate that a Dr. Kimball was employed at the Garza West Facility during the events made the basis of this lawsuit. Without more information from Plaintiff, it is impossible to know to whom he is referring.

Finally, undersigned counsel is unable to determine which John Doe doctor from the John Sealy Hospital in Galveston, Texas Plaintiff intends to sue. Plaintiff has access to his medical records and bears the burden of determining his "treating physician". Undersigned counsel will gladly represent Dr. John Doe if Plaintiff can provide more specific information

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request this Court seek further information from Plaintiff prior to ordering them to waive formal service of process, or seek an alternative method of service.

        Respectfully submitted,

        JOHN CORNYN
        Attorney General of Texas

        ANDY TAYLOR
        First Assistant Attorney General

        SHANE PHELPS
        Deputy Attorney General For
        Law Enforcement

        LOUIS V. CARRILLO
        Chief, Law Enforcement Defense Division

_(signature)_
S. SCOTT SHEPHERD
Assistant Attorney General
Attorney-in-Charge
State Bar No. 24013498
**Southern District Bar No. 24353**

P. O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2080
Fax (512) 495-9139

*AMICUS CURIAE*

## CERTIFICATE OF SERVICE

I, S. Scott Shepherd, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing *Amicus Curiae* **Advisory to the Court Regarding Defendants Drs. Kimball, Hash, and John Doe** has been served by placing same in the United States Mail on this 5th day of May, 2000, addressed to:

Rololfo Barrara
TDCJ-ID# 750024
Clements Unit
9601 Spur 591
Amarillo, TX 79107

_(signature)_
S. SCOTT SHEPHERD
Assistant Attorney General