IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
JUN 0 1 2000
Michael N. Milby, Clerk of Court

RODOLFO BARRERA, JR.         §
                             §
V.                           §   C.A. NO. C-00-54
                             §
DR. KIMBALL, ET AL.          §

**ORDER VACATING SUPPLEMENTAL ORDER
FOR SERVICE OF PROCESS**

On April 18, 2000, the Court granted plaintiff's motion to voluntarily dismiss this action. The case was closed on that date. On May 19, 2000, the Court inadvertently entered a supplemental order for service of process after the case had already been closed. The Court hereby VACATES the supplemental order for service of process.

ORDERED this 30 day of May, 2000.

B/JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE